IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOMINGO ENE,<br><br>　　　　Defendant. | Case №:2:18-mj-00133-AC-1<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

　　The court appointed the CJA Panel attorney Jessica Graves to represent the defendant on July 18, 2018. The Federal Defender has determined Jessica Graves has a conflict with this matter and cannot continue to represent Mr. Ene. CJA Panel attorney Tasha Chalfant is hereby appointed effective July 23, 2018, the date the Office of the Federal Defender contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: July 24, 2018

　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE