TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
5701 Lonetree Blvd. Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
E-Mail:      tashachalfant@gmail.com

Attorney for Defendant
DOMINGO ENE

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>DOMINGO ENE,<br><br>       Defendant. | Case No.: 2:18-CR-00149 JAM<br><br>**WAIVER OF PERSONAL APPEARANCE** |

   Defendant DOMINGO ENE hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

   Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: August 28, 2018                                     /s/Domingo Ene
                                                           DOMINGO ENE
                                                           Defendant


DATED: August 28, 2018                                     /s/ Tasha Paris Chalfant
                                                           TASHA PARIS CHALFANT
                                                           Attorney for Defendant
                                                           DOMINGO ENE

(Original Signatures on File at Attorney's Office)


**IT IS SO ORDERED**

 DATED: September 27, 2018          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE