| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRIAM R. HINMAN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO ENE,<br>JOSHUA HOPOI, and<br>RAYMOND SU,<br><br>Defendants. | CASE NO. 2:18-CR-149-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 26, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for status on March 26, 2019, and time was excluded through that date.

2. By this stipulation, the defendants now move to continue the status conference until May 7, 2019 at 9:15 a.m., and to exclude time between March 26, 2019, and May 7, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced to defense counsel over 2000 pages of discovery, as well as a significant amount of audio and video.

   b) The defendants were arraigned on the Superseding Indictment on November 14, 2018.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) Counsel for all three defendants require additional time to review the discovery, conduct further investigation related to the value of items allegedly stolen by the defendants (including following up on information obtained through investigation in the last couple of months), and gather information about potential mitigating factors.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2019, to May 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 20, 2019                          McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ MIRIAM R. HINMAN
                                                MIRIAM R. HINMAN
                                                Assistant United States Attorney

| | | |
|---|---|---|
| Dated: March 20, 2019 | | /s/ TASHA CHALFANT |
| | | TASHA CHALFANT |
| | | Counsel for Defendant |
| | | Domingo Ene |

| | | |
|---|---|---|
| Dated: March 20, 2019 | | /s/ NOA OREN |
| | | NOA OREN |
| | | Counsel for Defendant |
| | | Joshua Hopoi |

| | | |
|---|---|---|
| Dated: March 20, 2019 | | /s/ LINDA PARISI |
| | | LINDA PARISI |
| | | Counsel for Defendant |
| | | Raymond Su |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of March, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE