| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRIAM R. HINMAN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-149-JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: January 7, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| DOMINGO ENE,<br>JOSHUA HOPOI, and<br>RAYMOND SU, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this case was set for jury trial at 9 a.m. on February 10, 2020, with the trial confirmation hearing at 9:15 a.m. on January 7, 2020, and time was excluded through February 10, 2020, under Local Code T4.

2. By this stipulation, the defendants request that the trial confirmation hearing be continued to January 14, 2020, at 9:15 a.m. The defendants are requesting this continuance so that defense counsel has additional time to consult with their clients before the trial confirmation hearing.

3. The government does not object to the requested continuance.

4. No speedy trial exclusion is necessary, because time has already been excluded through February 10, 2020.

IT IS SO STIPULATED.

STIPULATION FOR CONTINUANCE        1

Dated: January 2, 2020        McGREGOR W. SCOTT
United States Attorney

/s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN
Assistant United States Attorney

Dated: January 2, 2020        /s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
Domingo Ene

Dated: January 2, 2020        /s/ NOA OREN
NOA OREN
Counsel for Defendant
Joshua Hopoi

Dated: January 2, 2020        /s/ LINDA PARISI
LINDA PARISI
Counsel for Defendant
Raymond Su

## ORDER

IT IS SO ORDERED this 2nd day of January, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE